AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAKOTA FINANCIAL LLC,
a Delaware limited liability company,

    Plaintiff,

v.

DAMICO BATTLE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 3, 2025, the Court concludes it lacks subject matter jurisdiction over this matter. Therefore, the matter is hereby remanded to the Superior Court of Wayne County, Georgia. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 6, 2025
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020